**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **DARYL ALONZO ANDERSON,** | ) | NO. CV 08-8342-RGK(CT) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| **TONY A. HEDGPETH, Warden,** | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

    IT IS HEREBY ADJUDGED that the petition is dismissed without prejudice.

    DATED: December 23, 2008

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE